1   Sara B. Brody (SBN 130222)
    sbrody@sidley.com
2   Jaime A. Bartlett (SBN 251825)
    jbartlett@sidley.com
3   SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
4   San Francisco, CA  94104
    Telephone: (415) 772-1200
5
    Robin Wechkin (*pro hac vice* to be submitted)
6   rwechkin@sidley.com
    SIDLEY AUSTIN LLP
7   701 Fifth Avenue, Suite 4200
    Seattle, WA 98104
8   Telephone: (206) 262-7680

9
    Attorneys for Nominal Defendant
10  MCKESSON CORPORATION

11                    **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13
    JEAN E. HENRY, individually and
14  derivatively on behalf of MCKESSON          Case No.: 19-cv-02869
    CORPORATION,
15                                              **NOTICE OF REMOVAL OF ACTION**
                Plaintiff,                      **UNDER 28 U.S.C. SECTIONS 1332, 1441**
16                                              **AND 1446**
            vs.
17                                              [San Francisco Superior Court Case No.
    BRIAN J. TYLER, JAMES BEER, EDWARD          CGC-19-576119]
18  A. MUELLER, N. ANTHONY COLES, M.
    CHRISTINE JACOBS, DONALD R.
19  KNAUSS, MARIE L. KNOWLES, SUSAN R.
    SALKA, JOHN H. HAMMERGREN,
20  WAYNE A. BUDD, ANDY D. BRYANT,
    ALTON F. IRBY, III, and DAVID M.
21  LAWRENCE,

22              Defendants,

23  MCKESSON CORPORATION, a Delaware
    Corporation,
24
                Nominal Defendant.
25

26

27

28

1

2

3

4

5

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Nominal Defendant McKesson Corporation ("McKesson"), a Delaware Corporation, through undersigned counsel, hereby removes this action from the Superior Court of the State of California, County of San Francisco, to the United States District Court for the Northern District of California.  In support of this Notice of Removal, McKesson states the following:

6

7

8

9

10

11

1.       This case was filed in San Francisco County Superior Court, State of California, on May 21, 2019, under the caption Jean E. Henry, individually and derivatively on behalf of McKesson Corporation v. Brian J. Tyler et al., Case No. CGC-19-576119.  This complaint was lodged under seal and a redacted copy was filed in the public record.  A true and correct copy of the redacted complaint is attached as Exhibit A.  McKesson will promptly file an administrative motion to maintain the complaint under seal or submit an unredacted version of the complaint.

12

13

14

15

16

2.       The defendants in this case are Brian J. Tyler, James Beer, Edward A. Mueller, N. Anthony Coles, M. Christine Jacobs, Donald R. Knauss, Marie L. Knowles, Susan R. Salka, John H. Hammergren, Wayne A. Budd, Andy D. Bryant, Alton F. Irby III, and David M. Lawrence. McKesson Corporation is named as a nominal defendant.  The citizenship of the defendants is as follows:

17

18

- Defendants Tyler and Mueller are citizens of Arizona, and were so at the time this action was initiated.

19

20

- Defendants Knauss and Salka are citizens of Texas, and were so at the time this action was initiated.

21

22

- Defendants Coles and Budd are citizens of Massachusetts, and were so at the time this action was initiated.

23

24

- Defendant Jacobs is a citizen of South Carolina, and was so at the time this action was initiated.

25

26

- Defendants Beer, Knowles, Bryant, Irby, and Lawrence are citizens of California, and were so at the time this action was initiated.

27

28

- Defendant Hammergren is a citizen of New Hampshire., and was so at the time this action was initiated.

1

1
2
3
4
5

- Nominal Defendant McKesson Corporation is a Delaware corporation with its principal place of business in Texas, as Plaintiff acknowledges in her complaint. *See* Ex. A at ¶ 16. McKesson is therefore a citizen of both Delaware and Texas, and was so at the time this action was initiated. McKesson is aligned as a defendant for purposes of 28 U.S.C. §§ 1332 and 1441.

6
7

3.    To date, the Complaint has not been served on any defendant. All defendants nevertheless consent to the removal of this action to federal court.

8
9

4.    Now and at the time this action was initiated, plaintiff Jean E. Henry was (and is) a citizen of Colorado.

10
11
12
13
14
15

5.    This Court has original subject matter jurisdiction over the entire action under 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000. This is demonstrated by, among other things, paragraph 7 of the complaint, which alleges that defendants sold "hundreds of millions of dollars' worth of stock at artificially inflated prices," and Plaintiff's Prayer for Relief, in which plaintiff seeks an order of this Court disgorging all profits gained as a result of the purportedly improper conduct.

16
17

6.    This Notice of Removal is filed timely within the 30-day period prescribed by 28 U.S.C. section 1446(b).

18
19
20
21
22
23

7.    As required by 28 U.S.C. § 1446(d), McKesson will provide written notice of the filing of this Notice of Removal to Christopher D. Sullivan, counsel of record for plaintiff. In addition, McKesson will promptly file a copy of this Notice of Removal and the Notice to Adverse Party of Removal of Action to Federal Court with the Clerk of the Superior Court of the State of California in and for San Francisco County. A copy of the Notice to Adverse Party of Removal of Action to Federal Court is attached hereto as Exhibit B."

24
25
26

Wherefore, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, McKesson hereby removes this case from the Superior Court of the State of California in and for San Francisco County, to the United States District Court for the Northern District of California.

27
28

2

1    McKesson hereby reserves, and does not waive, any objection it may have to service,

2    jurisdiction or venue, and any and all other defenses or objections to the action.

3

     Dated: May 23, 2019                          Respectfully submitted,
4
                                                  SIDLEY AUSTIN LLP
5

6

7
                                                  By:  /s/ Jaime A. Bartlett
8                                                     Jaime A. Bartlett (SBN 251825)
                                                      jbartlett@sidley.com
9                                                     Sara B. Brody (SBN 130222)
                                                      sbrody@sidley.com
10                                                    SIDLEY AUSTIN LLP
                                                      555 California Street, Suite 2000
11                                                    San Francisco, CA  94104
                                                      Telephone: (415) 772-1200
12
                                                      Robin Wechkin (*pro hac vice* to be
13                                                    submitted)
                                                      rwechkin@sidley.com
14                                                    SIDLEY AUSTIN LLP
                                                      701 Fifth Avenue, Suite 4200
15                                                    Seattle, WA 98104
                                                      Telephone: (206) 262-7680
16

17                                                    Attorneys for Nominal Defendant
                                                      MCKESSON CORPORATION
18

19

20

21

22

23

24

25

26

27

28

NOMINAL DEFENDANT MCKESSON CORPORATION'S NOTICE OF REMOVAL